IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEIDRE M. CHRISS,

   Plaintiff,

     v.

ROYAL & SONALLIANCE
INSURANCE AGENCY, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:05-CV-1817-TWT

OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 31] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 18]. The Defendant's job was eliminated in a reduction in force. She has not presented any evidence that she lost her job because of racial discrimination. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 18] is GRANTED.

SO ORDERED, this 21 day of April, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge